# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALLIE GEORGOULAKOS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:21-cv-08366-CBM (AGRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE   [JS-6]**<br><br>Judge: Hon. Consuelo B. Marshall<br><br>Complaint Filed: October 21, 2021 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:21-cv-08366-CBM (AGRx), is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: DECEMBER 17, 2021

　　　　　　　　　　　　　　　　　Hon. Consuelo B. Marshall
　　　　　　　　　　　　　　　　　United States District Judge